EMANUEL J. MYERS and Others, Appellants, *v.* HARRIS SEFF and Isidor Lauterstein, Respondents, Impleaded with HENRY Lichtenstein and Others, Defendants.*

First Department, January 11, 1907.

APPEAL by the plaintiffs, Emanuel J. Myers and others, from an interlocutory judgment of the Supreme Court in favor of the defendants, Harris Seff and Isidor Lauterstein, entered in the office of the clerk of the county of New York on the 4th day of September, 1906, upon the decision of the court, rendered after a trial at the New York Special Term, sustaining the said defendants' demurrer to the amended complaint on the ground that several causes of action have been improperly united.

*Emanuel J. Myers*, for the appellants.

*Leon Lauterstein*, for the respondents.

INGRAHAM, J.:

The question presented in this case is the same as that presented in *Myers* v. *Lederer* (117 App. Div. 27) decided herewith. For the reasons there stated the judgment appealed from must be affirmed, with costs, with leave to the plaintiffs, however, to serve an amended complaint within twenty days' upon payment of costs in this court and in the court below.

PATTERSON, P. J., LAUGHLIN, CLARKE and SCOTT, JJ., concurred.

Judgment affirmed, with costs, with leave to plaintiffs to amend on payment of costs in this court and in the court below. Order filed.

---

* See *Myers* v. *Lederer* (*ante*, p. 27).